# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Ellen Brodsky, et al. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Case No. 8:15-cv-03587-PX |
| | * | |
| Henry Schein, Inc., et al. | * | |
| | * | |
| Defendants | * | |

## AMENDED SCHEDULING ORDER

The Scheduling Order in this case is amended as follows:

1. December 2, 2016 –   Defendant's Rule 26(a)(2) Expert Disclosures

2. January 3, 2017 –   Plaintiffs' Rebuttal Rule 26(a)(2) Expert Disclosures.

3. January 17, 2017 –   Rule 26(e)(2) Supplementation of Disclosures and Responses.

4. February 21, 2017 –   Discovery Deadlines; Submission of Status Report.

5. March 1, 2017 –   Requests for Admissions.

6. March 24, 2017 –   Dispositive Pre-Trial Motions.

/S/
_____
JUDGE PAULA XINIS