IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Ellen Brodsky, et al. | * |
| | * |
|     Plaintiffs | * |
| | * |
| vs. | *   Case No. 8:15-cv-03587-PX |
| | * |
| Henry Schein, Inc., et al. | * |
| | * |
|     Defendants | * |

## ORDER

Upon consideration of the Consent Motion to Modify Amended Scheduling Order, it is this  1st  day of  Februrary , 2017;

**ORDERED**, that the Motion be, and hereby is **GRANTED**, and it is further;

**ORDERED**, that the Amended Scheduling Order (ECF No. 38) be, and hereby is modified to allow Plaintiff to conduct the deposition of David J. Schretlen, Ph.D. on March 1, 2017, and it is further;

**ORDERED,** that the Amended Scheduling Order otherwise remain in full force and effect.

/S/
_____
JUDGE PAULA XINIS

1